**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1950**

---

PATRICIA KLAIBER; BRENDA MILLER,

                               Plaintiffs - Appellants,

    versus

NICHOLAS RINALDI, individually, and in his
official capacity with the United States
Postal Service; B. J. THOMPSON, individually,
and in his official capacity with the United
States Postal Service; WILLIAM J. HENDERSON,
in his official capacity,

                               Defendants - Appellees.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-99-541-1)

---

Submitted: December 18, 2001      Decided: January 11, 2002

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patricia Klaiber, Brenda Miller, Appellants Pro Se.  David George
Karro, UNITED STATES POSTAL SERVICE, Washington, D.C., for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patricia Klaiber and Brenda Miller appeal the district court's order granting summary judgment to Appellees on all of their employment discrimination claims. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Klaiber v. Rinaldi</u>, No. CA-99-541-1 (M.D.N.C. June 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>